**Larry F. SHIRLEY, Plaintiff–Appellant,**

v.

**KIMBERLY CLARK CORPORATION PENSION PLAN/RETIREMENT BOARD, Defendant–Appellee.**

No. 05–13736.

United States Court of Appeals,
Eleventh Circuit.

May 24, 2006.

David P. Martin, McElvy, Ford & Abernathy, PC, Tuscaloosa, AL, William Bradford Kittrell, Lyons, Kittrell & Rowan & Horn, LLC, Mobile, AL, for Plaintiff–Appellant.

Deborah J. Livesay, Powell, Goldstein, Frazer & Murphy, Gavin S. Appleby, Litt-

ler, Mendelson, Atlanta, GA, for Defendant–Appellee.

Before HULL and WILSON, Circuit Judges, and GOLDBERG,* Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's grant of summary judgment in favor of defendant Kimberly Clark Corporation Pension Plan on plaintiff Larry F. Shirley's ERISA and COBRA claims.

**AFFIRMED.**